[Cite as *State ex rel. Miller v. Saffold*, 2026-Ohio-358.]

## COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

STATE EX REL. GREGORY MILLER, JR.,   :

    Relator,                :           No. 115886

    v.                         :

HON. JEFFREY P. SAFFOLD,      :

    Respondent.         :

---

### JOURNAL ENTRY AND OPINION

**JUDGMENT:** COMPLAINT DISMISSED
**DATE:** February 4, 2026

---

Writ of Procedendo
Motion No. 591134
Order No. 591941

---

### *Appearances:*

Gregory Miller, Jr., *pro se.*

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Michael J. Stewart, Assistant Prosecuting Attorney, *for respondent.*

KATHLEEN ANN KEOUGH, J.:

{¶ 1} On December 5, 2025, the relator, Gregory Miller, Jr., commenced this procedendo action to compel the respondent, Judge Jeffrey Saffold, to proceed

to judgment on a postconviction-relief petition that Miller filed on June 27, 2025, in the underlying case, *State v. Miller,* Cuyahoga No. CR-21-664866-A. On January 5, 2026, the respondent judge moved to dismiss the procedendo action on the grounds of mootness. Attached to the dispositive motion was a copy of a certified December 23, 2025 journal entry denying Miller's postconviction-relief petition. This journal entry establishes that the judge has proceeded to judgment and that Miller has received his requested relief, a ruling on his petition, and that this procedendo action is moot. Miller did not file a response to the motion to dismiss but did appeal the denial of the postconviction-relief petition, 8th Dist. Cuyahoga No. 116061.

{¶ 2} Accordingly, this court grants the respondent's motion to dismiss and dismisses the writ. Costs assessed against respondent; costs waived. The clerk is directed to serve upon the parties notice of this judgment and its date of entry upon the journal. Civ.R. 58(B).

{¶ 3} Complaint dismissed.

---

KATHLEEN ANN KEOUGH, JUDGE

EILEEN A. GALLAGHER, P.J., and
WILLIAM A. KLATT, J.,* CONCUR

(*Sitting by assignment: William A. Klatt, J., retired, of the Tenth District Court of Appeals.)